MARC L. SHEA, ESQ., State Bar No. 87712
KEVIN R. ELLIOTT, ESQ., State Bar No. 276295
SHEA & McINTYRE, A.P.C.
2166 The Alameda
San Jose, CA 95126-1144
[408] 298-6611
[408] 275-0814 Facsimile
Email: mshea@sheamcintyre.com

Attorneys for Plaintiff
SHARONE ZEHAVI

APPROVED
Judge Edward J. Davila
9/16/2019

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SHARONE ZEHAVI, individual,<br><br>Plaintiff,<br><br>v.<br><br>NETA REEF, individual, and DOES 1 through 25,<br><br>Defendants. | No. 5:18-CV-06394-EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 51(a) plaintiff SHARONE ZEHAVI voluntarily dismisses the above action with prejudice, each side to bear his own costs of suit and attorney's fees.

Respectfully Submitted,

Dated: September 16, 2019      SHEA & McINTYRE, A.P.C.

By: _____
MARC L. SHEA, ESQ.
KEVIN R. ELLIOTT, ESQ. Attorneys
for Plaintiff, SHARONE ZEHAVI

Y:\z\Zehavi, Sharone\Pleading\Notice of Voluntary Dismissal.wpd

Case Name: *Sharone Zehavi v. Neta Reef*
Court: Northern District of California - San Jose Division
Case No. 5:18-CV-06394-EJD
Our File No.

---

## PROOF OF SERVICE

STATE OF CALIFORNIA         ]
                            ] ss.
COUNTY OF SANTA CLARA       ]

    I am a citizen of the United States and a resident of the County of Santa Clara, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 2166 The Alameda, San Jose, CA 95126-1144. On the date set forth below I served the document[s] described as:

**NOTICE OF VOLUNTARY DISMISSAL**

on the following person[s] in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Mary E. Wright / Oriet Cohen-Supple        Attorney for Defendant Neta Reef
WRIGHT & SUPPLE LLP
660 Key Route Boulevard
Albany, CA 94706

[ ]    [BY MAIL] I caused such envelope[s] with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

[ ]    BY PERSONAL SERVICE I caused such envelopes, as indicated above, to be delivered by hand this date to the offices of the addressees.

[ ]    [BY ELECTRONIC MAIL] I caused such document[s] to be transmitted by electronic mail on _____, to the offices of addressee[s] without return error notification from electronic mail address _____.

[ ]    [BY FEDERAL EXPRESS] I caused such envelope[s] with postage thereon fully prepaid to be placed for collection by Federal Express at San Jose, California.

[X]    [BY ECF] I caused such document(s) to be served on all parties who have appeared in the action by and through the Court's electronic filing system and I accordance with Northern District of California Local Rule 5-1.

[X]    [FEDERAL] I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on September 16, 2019, at San Jose, California.

                                                /s/ Kevin R. Elliott
                                                KEVIN R. ELLIOTT

*Y:\z\Zehavi, Sharone\POS\2019-09-16.wpd*

SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126
[408] 298-6611 Telephone
[408] 275-0814 Facsimile